IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  06-cv-02265-DME-MEH | Date:   November 29, 2006 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| QUICKPEN INTERNATIONAL, INC.; | Byeongsook Seo |
| | Stewart Pack |
| Plaintiff(s); | |
| vs. | |
| DANIEL P. BITTINGER and | Kurt S. Lewis |
| HIGHLANDS CONSTRUCTION SOFTWARE, LLC; | Bret M. Heidemann |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:      9:58 a.m.**

Court calls case.  Appearances of counsel.  Mr. Seo, Mr. Pack, and Mr. Lewis appear by telephone.

Opening statements by the Court.

Argument and discussion regarding Plaintiff's Motion for Expedited Discovery, Production of Things, Preservation of Evidence, Protective Order, and Forthwith Hearing (Doc. #3, filed 11/13/06).

Discussion regarding resetting the Scheduling Conference and appointing a Special Master.

**ORDERED:**   1.   The Scheduling Conference currently set for February 5, 2007, is VACATED and RESET to **January 5, 2007, at 9:30 a.m.**  The proposed Scheduling Order is due **no later than December 28, 2006.**

2.   Counsel shall file a Joint Status Report on or before **December 6, 2006,** regarding both the proposed Special Master and the proposed Protective Order.

      3.      Plaintiff's Motion for Expedited Discovery, Production of Things, Preservation of Evidence, Protective Order, and Forthwith Hearing (Doc. #3, filed 11/13/06) is GRANTED in part as stated on the record.

**Court in recess:**     **10:25 a.m.   (Hearing concluded)**
**Total time in court:**  0:27