IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.,

       Plaintiff,

v.

DANIEL P. BITTINGER,
HIGHLANDS CONSTRUCTION SOFTWARE LLC, a Colorado limited liability company,

       Defendants.

---

**ORDER SETTING CASE FOR TRIAL**

---

The above-captioned matter has been scheduled for a seven-day trial to the court on the docket of Judge David M. Ebel in the Byron Rogers Federal Building, Courtroom C201, 1961 Stout Street, Denver, Colorado, to commence on **November 1, 2007, at 8:30 a.m.**

A Final Trial Preparation Conference is set for **October 25, 2007, at 10:00 a.m.** The parties are expected to be fully prepared for trial at that time. Lead counsel who will try the case shall attend.

DATED:   January 11, 2007

BY THE COURT:

*/s/ David M. Ebel*

---

David M. Ebel
United States Circuit Judge