IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.;

    Plaintiff,

v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, A Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 19, 2007.**

Plaintiff's Unopposed Motion to Withdraw Plaintiff's Motion for Preliminary Injunction [Filed January 18, 2007; Docket #37] is **granted**.

Plaintiff's Motion for Preliminary Injunction [Docket #2] is to be terminated as withdrawn.