IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-02265-DME-MEH  Date:  January 29, 2007
Courtroom Deputy: Cathy Coomes  **FTR – Courtroom A601**

QUICKPEN INTERNATIONAL, INC.;  Byeongsook Seo
  Stuart Pack
Plaintiff(s);

vs.

DANIEL P. BITTINGER and  Kurt S. Lewis
HIGHLANDS CONSTRUCTION SOFTWARE, LLC;  Bret M. Heidemann

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**   2:04 p.m.

Court calls case.  Appearances of counsel.  Also present: Defendant Bittinger.

Opening statements by the Court.

Argument and discussion regarding Plaintiff's Motion for Protective Order (Doc. #35, filed 1/17/07) and Defendant's Motion for Protective Order (Doc. #39, filed 1/18/07).

**ORDERED:**  For reasons stated on the record, Plaintiff's Motion for Protective Order (Doc. #35, filed 1/17/07) is GRANTED.  Counsel shall meet and confer and submit a proposed Order for the Court's signature.

**ORDERED:**   In light of the ruling on Plaintiff's Motion for Protective Order, Defendant's Motion for Protective Order (Doc. #39, filed 1/18/07) is DENIED.

Discussion regarding the issue of appointing a Special Master and setting a Settlement Conference.

**Court in recess:**   2:42 a.m.   (Hearing concluded)
**Total time in court:**  0:38