IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-02265-DME-MEH        Date:   June 7, 2007
Courtroom Deputy: Cathy Coomes              **FTR – Courtroom C203**

QUICKPEN INTERNATIONAL, INC.,               Byeongsook Seo
                                            Stuart H. Pack
Plaintiff(s);

vs.

DANIEL P. BITTINGER and                     Kurt S. Lewis
HIGHLANDS CONSTRUCTION SOFTWARE LLC,        Bret Matthew Heidemann

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**   3:34 p.m.

Court calls case.  Appearances of counsel.  Also present: Daniel Bittinger, Professor Nutt.

3:37 p.m.       Argument and discussion regarding Plaintiff's Forthwith Motion to Compel (Doc. #57, filed 5/29/07).

**ORDERED:**    Plaintiff's Forthwith Motion to Compel (Doc. #57, filed 5/29/07) is GRANTED in part and DENIED in part as stated on the record.  **The Court takes the issue of sanctions under advisement.**

4:52 p.m.       Argument and discussion regarding Defendants' Motion Pursuant to Paragraph 15 of the Protective Order Opposing Redesignation of Documents and Testimony (Doc. #59, filed 5/30/07).

5:22 p.m.       Defendants' witness, Thomas W. Traxler, is sworn, examined, and questioned by the Court.

5:27 p.m.       Witness is excused.
                Further argument and discussion regarding Defendants' Motion Pursuant to Paragraph 15 of the Protective Order Opposing Redesignation of Documents and Testimony (Doc. #59, filed 5/30/07).

**ORDERED:** Defendants' Motion Pursuant to Paragraph 15 of the Protective Order Opposing Redesignation of Documents and Testimony (Doc. #59, filed 5/30/07) is **taken under advisement.**

**Court in recess:** 5:37 p.m. **(Hearing concluded)**
**Total time in court:** 2:03