IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.;

    Plaintiff,

v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, A Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 25, 2007.**

Plaintiff's Unopposed Second Motion to Modify Scheduling Order [Filed June 22, 2007; Docket #75] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert witness disclosures: | August 2, 2007 |
| Rebuttal expert witness disclosures: | September 3, 2007 |
| Discovery cut-off: | September 14, 2007 |
| Dispositive motion deadline: | October 15, 2007 |