IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.,

      Plaintiff,
v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, A Colorado limited liability company,

      Defendants.
_____

### ORDER ON PLAINTIFF'S MOTION FOR FEES RELATED TO FORTHWITH MOTION TO COMPEL
_____

      Before the Court is Plaintiff's Motion for Fees Related to Forthwith Motion to Compel [Docket #72], in which Plaintiff seeks nearly $15,000.00 in fees and costs as one half of the over $30,000.00 in fees and costs incurred in relation to the Motion to Compel. Pursuant to this Court's Order on Plaintiff's Forthwith Motion to Compel (Dock. #71), Plaintiff was awarded one half of its fees and costs associated with filing the Motion to Compel, as well as three hours of attorney time for preparing for and appearing at the hearing on the motion.

      The Court must make an independent determination of the reasonableness of the sanction, because "the chosen sanction must be both just and related to the particular claim which was at issue in the order to provide discovery." Fed. R. Civ. P. 37(b)(2)(B); *see also Beilue v. International Bhd. of Teamsters, Local No. 492*, 13 Fed. Appx. 810 (10th Cir. 2001). As an initial matter, the Court concludes, and Defendants do not dispute, that the hourly rates charged by Plaintiff's counsel are reasonable for the work completed and experience of the attorneys. Nevertheless, the Court's Order awarding fees is much more limited than the billing statements submitted by Plaintiff's counsel.

Sanctions were awarded, in the form of fees and costs, because Defendants raised improper objections in response to discovery requests and also submitted volumes of documents to Plaintiff without identifying which documents related to which requests.  Although Plaintiff submitted the costs of its expert consultant, who addressed the mirror-image discovery issue and reviewed all of the documents produced, this expert was not necessary to determine that Defendant's discovery responses were insufficient under Rule 34.  The expert certainly provided necessary consultation on discovery issues for which Defendants' conduct was not sanctioned and is necessary in this case, because of the attorney's-eyes-only provision.  The expert fee, however, is beyond the scope of the sanction awarded to Plaintiff, and the Court will not require payment of any of Plaintiff's expert fees in conjunction with the Motion to Compel.

In addition, the award of fees does not include initial time spent discussing discovery two months before the motion was filed, but rather, the time spent reviewing improper responses and objections and drafting the Motion to Compel.  Accordingly, the Court finds that the first entry appropriate to the award of fees is on May 3, 2007, and is numbered 794272.  Having conducted a thorough review of the fees submitted by Plaintiff's counsel, the Court finds the following entries, which the Court has reduced by one half, to be an appropriate award of fees for Plaintiff's Motion to Compel.

| Fee ID | Reduced Hours | Hourly Rate | Total |
| --- | --- | --- | --- |
| 794272 | .25 | $245 | $61.25 |
| 794275 | .50 | $245 | $122.50 |
| 794850 | .75 | $340 | $255 |
| 794913 | 1.50 | $180 | $270 |
| 796575 | .125 | $340 | $42.50 |
| 796129 | .3 | $180 | $54 |
| 797835 | .3 | $245 | $73.50 |

| | | | |
|---|---|---|---|
| 797849 | .3 | $245 | $73.50 |
| 798120 | .3 | $340 | $102 |
| 797479 | .05 | $180 | $9 |
| 799097 | 1.25 | $245 | $306.25 |
| 799575 | .75 | $340 | $255 |
| 799102 | .4 | $245 | $98 |
| 799583 | .125 | $340 | $42.50 |
| 799107 | 1.5 | $245 | $367.50 |
| 799588 | .25 | $340 | $85 |
| 799001 | .25 | $180 | $45 |
| 799112 | 1.5 | $245 | $367.50 |
| 799596 | 1.0 | $340 | $340 |
| 800637 | 2.5 | $245 | $612.50 |
| 800302 | .1 | $180 | $18 |
| 800642 | 1.0 | $245 | $245 |
| 801187 | 1.0 | $340 | $340 |
| 800326 | .10 | $180 | $18 |
| 800653 | 2.25 | $245 | $551.25 |
| 801206 | .325 | $340 | $110.50 |
| 800837 | .5 | $245 | <u>$122.50</u> |
| | | | $4987.75 |

The Court also awarded three hours of attorney time for preparation and attendance at the hearing. The award applies to one attorney, because the Court does not believe that more than one attorney was necessary to address the conduct sanctioned, although more attention was appropriate for the weightier discovery issues not subject to the sanction. Accordingly, three hours of the lead attorney's time, Mr. Pack, at the rate of $340 an hour, or a total of $1,020.00 will be added to the total above. Plaintiff's total award of fees for the Motion to Compel is, therefore, $6,007.75.

### III.   Conclusion

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiff's Motion for Fees Related to Forthwith Motion to Compel [<u>Filed June 21, 2007; Docket #72</u>] is **granted in part** and **denied in part**. Defendants shall pay to Plaintiff the total award of fees and costs of $6,007.75 on or before **August 31, 2007**. Defendants shall a Certificate of Compliance by the same date. It is

FURTHER ORDERED that Defendants' Motion to File Sur-reply to Plaintiff's Motion for Fees Related to Forthwith Motion to Compel [Filed August 1, 2007; Docket #87] is **denied as moot**.

Dated at Denver, Colorado, this 6th day of August, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge