IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.;

     Plaintiff,

v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, A Colorado limited liability company,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 9, 2007.**

Having reviewed Plaintiff's request for extension of time and Defendants' opposition, the Court concludes that good cause exists for some extension of time that will not prejudice Defendant. Accordingly, Plaintiff's Motion to Modify the Scheduling Order [Filed July 31, 2007; Docket #84] is **granted** in part and **denied** in part.  The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosures: | September 3, 2007 |
| Rebuttal expert disclosures: | October 3, 2007 |
| Discovery cut-off: | October 19, 2007 |
| Dispositive motion deadline: | November 16, 2007 |