IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.,

    Plaintiff,

v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, A Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 11, 2007.**

Defendants' Unopposed Motion to Modify the Scheduling Order [Filed October 3, 2007; Docket #98] is **granted in part** and **denied in part**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Rebuttal expert disclosures: | November 19, 2007 |
| Discovery cut-off: | December 7, 2007 |
| Dispositive motion deadline: | January 14, 2008 |