IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.,

    Plaintiff,

v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, A Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 31, 2007.**

    Plaintiff seeks to re-designate all expert reports as "confidential," rather than "attorney eyes only." Defendants have filed no response, apparently confessing the motion. Accordingly, for good cause shown, Plaintiff's Motion Pursuant to Paragraph 15 of the Protective Order Regarding re-Designation of Expert Reports [Filed October 1, 2007; Docket #97] is **granted**. All expert reports in this case are to be designated as "confidential."