IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC.,

    Plaintiff,

v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, A Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 20, 2007.**

    Plaintiff's Unopposed Motion to Modify the Scheduling Order [filed November 16, 2007; doc #104] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Rebuttal expert disclosures: | November 30, 2007 |
| Discovery cut-off: | December 31, 2007 |

All other deadlines and conference dates are to remain the same.

    This is the fifth request by the parties to modify the Scheduling Order in this case. No further modifications will be granted except upon a showing of good cause.