IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02265-DME-MEH

QUICKPEN INTERNATIONAL, INC., a Washington corporation

   Plaintiff,

v.

DANIEL P. BITTINGER, and
HIGHLANDS CONSTRUCTION SOFTWARE LLC, a Colorado limited liability company,

   Defendants.

---

## ORDER GRANTING DISMISSAL WITH PREJUDICE

---

Upon the Stipulated Motion for Dismissal With Prejudice filed in this matter by the parties, and for good cause shown, this Court:

GRANTS the Motion. This matter shall be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 3, 2008

               BY THE COURT:

               *s/ David M. Ebel*

               _____

               David M. Ebel
               United States Circuit Judge